M/D I

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA RECEIVED

Johnny Ray Taylor, Jr. )
Full name and prison name of )
Plaintiff(s) )
 )
v. )
State of Alabama )
 )
 )
 )
 )
 )
 )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

2023 JUL 14 A 10: 34

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 2:23cv0425-RAH-CSC
(To be supplied by Clerk of U.S. District
Court)

I.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☑

B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☑   NO ☐

C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2.   Court (if federal court, name the district; if state court, name the county)

_____

_____

3.    Docket number _____

4.    Name of judge to whom case was assigned _____

_____

5.    Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT _Staton Corr. Facility_
_2690 Marion Spillway Rd. ' Elmore , AL, 36025_
PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Staton_
_Correctional Facility_

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

      NAME                     ADDRESS

1.  _Officer Underwood_   _2690 Marion Spillway Rd Elmore AL. 36025_

2.  _____  _____

3.  _____  _____

4.  _____  _____

5.  _____  _____

6.  _____  _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

_____

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _That I was assaulted by officer_
_underwood, who was in control of ICS officer_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

and on 8/13/21 . He grabbed me and pulled on me, I fell to the floor screaming for help. I told Lt. Nolan when he arrived, I also said I had just had hernia surgery. Now my hernia has returned and I am in severe pain. C#5 21㏌cv200

GROUND TWO: I was also assaulted by another inmate my ear drum ruptured.

SUPPORTING FACTS: I've had 2 operations still eardrom ruptured, also I have a hearing loss due to the assault. The inmate was allowed to stay in dorm after an altercation with officer in A dorm, he assaulted myself and another inmate, also a da certified but need hearing test to get hearing aids.

GROUND THREE:

SUPPORTING FACTS:

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_I want the court to order my hernia be fixed again, and I want punitive damages for my pain and suffering. Also heavy Art and compensation Due to lack of security for staton lower Facility_

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-12 2023___.
                    (Date)

_____
Signature of plaintiff(s)

Johnny Ray Taylor Jr.
AIS. 242152
Staton Corr. Facility
2690 Marion Spillway Rd
Elmore, AL,
36025

Legal Mail



MONTGOMERY
AL 360
13 JUL 2023

US POSTAGE
ZIP 36025
02 7TH
0006001061
$ 000.87⁰
JUL 13 2023

United States Dist. Court
middle Dist. of Alabama
1 Church St. Suite B-110
Montgomery, AL,
36104-4018

36104-401801